Adam B. Nach - 013622
Jonathan C. Simon - 029750
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Diane M. Mann, Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDREW P. SANCHEZ and KAYLA M. SANCHEZ,<br><br>Debtors.<br><br>DIANE M. MANN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW P. SANCHEZ and KAYLA M. SANCHEZ,<br><br>Defendants. | (Chapter 7 Case)<br><br>No. 2:16-bk-05001-PS<br><br>*Adv. No. 2:17-ap-00245-PS*<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Diane M., Mann, Plaintiff, by and through her attorneys undersigned, herein gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(i) made applicable by F.R.B.P. 7041, that she dismisses her Complaint without prejudice with each party to bear their own costs and attorneys' fees incurred herein.

Andrew P. Sanchez and Kayla M. Sanchez ("**Defendants**") have paid the amounts due and owing thereby satisfying the claims set for in the Complaint.

RESPECTFULLY SUBMITTED this 18th day of May, 2017

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach - 013622*
Adam B. Nach
Jonathan C. Simon
*Attorneys for Trustee*

COPY of the foregoing delivered
via first class mail to:

Andrew P. Sanchez
Kayla M. Sanchez
8772 W. Athens Street
Peoria, AZ 85382
*Defendants*

By: */s/ Deborah McKernan*